Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington Corporation, as subrogee of Susan R. Perrin and Richard D. Perrin,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, a government agency,<br>　　　　　　　　　　　Defendant. | Cause No. 3:24-cv-05614-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.　　STIPULATION

Plaintiff Grange Insurance Association and Defendant United States Postal Service, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between the parties in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

DATED this 28th day of August, 2025.

| | |
|---|---|
| SOHA & LANG, P.S. | TEAL LUTHY MILLER<br>Acting United Sates Attorney |
| _s/ Rachel A. Rubin_<br>Rachel A. Rubin, WSBA # 48971<br>Email: rubin@sohalang.com<br>***Attorney for Plaintiff*** | _s/ Sean M. Arenson_<br>Sean M. Arenson, WSBA #60456<br>Email: sean.arenson@usdoj.gov<br>***Attorney for Defendant*** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 1
USDC WD WA/TACOMA CAUSE NO. 3:24-cv-05614-MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

## II. ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IT IS SO ORDERED on this 28th day of August, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 2
USDC WD WA/TACOMA CAUSE NO. 3:24-cv-05614-MJP

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/Fax (206) 624-3585